THERESA ELIAS, Respondent, *v.* THE CITY OF ROCHESTER Appellant.

*Elias* v. *City of Rochester,* 49 App. Div. 597, affirmed.
(Argued January 15, 1902; decided January 31, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1900, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a new trial.

*William A. Sutherland* for appellant.

*George Raines* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

JAMES REYNOLDS, Appellant, *v.* PLUMBERS' MATERIAL PROTECTIVE ASSOCIATION, Respondent.

*Reynolds* v. *Plumbers' Material Protective Assn.,* 53 App. Div. 650, appeal dismissed.
(Argued January 15, 1902; decided January 31, 1902.)

APPEAL from a judgment, entered September 29, 1900, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and denying a motion for a new trial.

*P. M. French* for appellant.

*Charles L. Kingsley* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.